ROIB:mt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE. No. :

IN RE: SEIZURE OF:

$28,600.00 IN U.S. CURRENCY
SEIZED FROM
CARL JOHN FERRO, JR. ON
OCTOBER 28, 2015

_____/

## UNITED STATES' AGREED MOTION TO EXTEND TIME
## IN WHICH TO FILE COMPLAINT

The United States through the undersigned attorney files this agreed motion to extend the time in which to file its complaint and submits that:

1. On October 28, 2015, members of the DEA Miami Field Division ("MFD") Enforcement Group 13 and the Broward Sheriff's Office Narcotics Interdiction Task Force ("BSO-NITF") were conducting airport interdiction by consensual encounters with passengers at Fort Lauderdale/Hollywood International Airport ("FLL"). At approximately 5:30 p.m. members of the BSO-NITF made contact with Carl John Ferro, Jr. ("Ferro"). All the members of the BSO-NITF were dressed in plain clothes and identified themselves as law enforcement officers through their respective law enforcement identification. During the consensual encounter, Ferro became agitated and informed the BSO-NITF members that he wished to leave the airport and did not wish to converse any longer.

2. Ferro then walked at a fast pace towards the exit of the terminal. Upon reaching the curbside, Ferro immediately entered a cab which had just dropped off a passenger and demanded the cab driver to speed away. While the cab was still at curbside and with Ferro seated in the rear passenger seat, Investigator White with his Narcotics K-9 "Senta" approached the cab. While passing the rear passenger door, Investigator White observed several behavioral changes by K-9 Senta that are consistent with the detection of the odor of a controlled substance. K-9 Senta traced the odor to its source, the rear passenger door handle, and then came to her ultimate and final indication by assuming the position of sit. When Investigator White opened the rear passenger door, K-9 Senta jumped into the back passenger area and immediately alerted to a bag sitting next to Ferro. After Ferro exited the cab, K-9 Senta alerted to the front left pocket of Ferro's shorts. A search of Ferro's pocket and bag revealed several bundles of U.S. currency.

3. The currency in Ferro's possession was wrapped in rubber bands, worn from street use and all in hundred dollar bill denominations. The currency was comprised of Two Hundred Eighty-six (286) One Hundred dollar ($100) bills.

4. Ferro would not provide investigators with the source of the currency, his purpose for travel with the currency, or the method of payment used for his travel. As a result of the above, the Broward Sheriff's Office Narcotics Interdiction Task Force ("BSO NITF") at Fort Lauderdale/Hollywood International Airport (FLL) seized $28,600.00 from Ferro as suspected drug proceeds and/or money suspected to be used to facilitate a drug transaction.

5. Pursuant to Title 18 U.S.C. § 983(a)(3)(A), the government is required to file a complaint in forfeiture 90 days after a claim has been filed or if no complaint is filed, to release

the property. The statute also provides that the Court may extend the time for good cause shown or by agreement of the parties.[1]

6. On December 22, 2015, Carl John Ferro, Jr., represented by Jason Kreiss, Esquire, filed a claim contesting the forfeiture and alleging ownership of the $28,600.00 in U.S. currency seized in this matter which was scheduled for administrative forfeiture. On December 29, 2015, the Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration referred this case to the United States Attorney's Office, Southern District of Florida.

7. The deadline for filing a civil complaint in the above described matter was original scheduled to expire on March 21, 2016, given the filing date of the above claim.

8. The ongoing negations between the parties appear to be very close to complete. However, negotiations will require additional time to be finalized. In order to minimize duplication of efforts and to coordinate an on-going investigation and the pending-civil deadline, the United States would like to extend the time for filing its complaint until May 5, 2016, in order to obtain a complete resolution of the seized assets.

9. In accordance with Rule 7.1 (a)(3), of the Local Rules for the Southern District of Florida, undersigned counsel contacted Jason Kreiss, Esquire, Counsel for Carl John Ferro, Jr., who agreed with and has no objection to the requested deadline extension.

---

[1] Title 18 USC 983(a)(3)(A) reads:
Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the matter set forth in the Supplemental Rules for Certain Admiralty and Martime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon **agreement** of the parties.

3

**WHEREFORE**, the United States requests that the Court enter the attached order extending the complaint filing deadline until May 5, 2016.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
RICHARD O.I. BROWN
ASSISTANT U.S. ATTORNEY
500 East Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Admin. Bar No. A5500257
TEL: (954) 660-5779
FAX: (954) 356-7180
Email: richard.brown@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 11th day of March, 2016 to:

> Jason Kreiss, Esquire
> The Kreiss Law Firm
> 1824 Southeast Fourth Avenue
> Fort Lauderdale, Florida 33316
> Tel: 954-525-1971
> Email: JWK@Kreisslaw.comt

_s/Richard O.I. Brown_
RICHARD O.I. BROWN
ASSISTANT U. S. ATTORNEY

4